UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ORVILLE KNIGHT,

                              Petitioner,

    -against-

THE PEOPLE OF THE STATE OF
NEW YORK,

                              Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 2868 (CBA)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★          OCT 1 2 2006          ★

P.M. _____
TIME A.M. _____

        An Order of Honorable Carol Bagley Amon, United States District Judge, having

been filed on September 27, 2006, dismissing the petition for a writ of habeas corpus in its

entirety; and ordering that a Certificate of Appealability will not issue; it is

        ORDERED and ADJUDGED that petitioner take nothing of the respondent; that

the petition for a writ of habeas corpus is dismissed in its entirety; and that a Certificate of

Appealability will not issue.

Dated:  Brooklyn, New York
        October 12, 2006

                                            /S/
                                            ROBERT C. HEINEMANN
                                            Clerk of Court